IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 07-0110

AUG 2 0 2008

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN RE THE PROPOSED AMENDMENTS )
TO THE MONTANA UNIFORM ) O R D E R
DISTRICT COURT RULES )

As of October, 2007, the law now provides for jurors to be selected from lists of drivers and ID card holders as well as voters. In light of this change, the Uniform District Court Rules Commission has requested that we amend the Rules to reflect the present state of the law and adopt an amendment concerning access to answers given in the juror questionnaire.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Uniform District Court Rules are amended as follows:

The following language shall be added at the end of Rule 9.

Rule 9. Juror Questionnaire.

The completed forms will only be available to the parties to the action, the attorneys for the parties and court employees. Others requesting the completed forms must file a Request for Private Information with the Court. The jury questionnaire will be destroyed by the clerk's office within a reasonable length of time after the conclusion of the jury term.

Question 19 of the Form "B" Questionnaire shall read as follows:

In order to serve as a trial juror, you must be 18 years of age or older, a resident for at least 30 days of the state and of the city, town or county in which you are called for jury duty, a citizen of the United States, and not convicted of malfeasance in office or any felony or other high crime, the sentence of which has not yet expired or the fine not yet paid.

IT IS FURTHER ORDERED that this Order shall be posted on the websites of the Montana State Law Library and the State Bar of Montana. The State Bar of Montana is further

1

requested to give notice of this Order and of its website posting in the next available issue of *The Montana Lawyer*.

IT IS FURTHER ORDERED that this Order be circulated electronically by the office of the Clerk of this Court to all district court judges in the state of Montana. In addition, a copy of this Order shall be electronically published on the website of the judicial branch, http://www/courts/mt.gov, and on the website of the State Bar of Montana.

DATED this 20th day of August, 2008.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2